UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| In Re: | ) | Case No. 05-85871 |
|---|---|---|
| | ) | |
| SANITARY AND IMPROVEMENT DISTRICT # 425 OF DOUGLAS COUNTY, NEBRASKA, | ) ) ) | REPORT ON BALLOTS |
| | ) | |
| Debtor. | ) | |

The following acceptances and rejections have been filed:

| CLASS 1: | Accepts | $14,167,510.10 | # 614 |
|---|---|---|---|
| | Rejects | $ 810,246.68 | # 33 |
| | Unreceived | $ 4,480,700.53 | # 221 |

The Debtor, by counsel, submits that pursuant to the foregoing, sufficient acceptances have been received to confirm the Plan filed March 2, 2007.

Dated May 24, 2007.

**SANITARY AND IMPROVEMENT DISTRICT #425 OF DOUGLAS COUNTY, NEBRASKA**, Debtor

By: /s/ Mark J. LaPuzza
Mark J. LaPuzza, #22677
Pansing Hogan Ernst & Bachman, LLP
10250 Regency Circle, Suite 300
Omaha, Nebraska 68114
(402) 397-5500
Fax: (402) 397-4853
Email: mjlbr@pheblaw.com