UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. 05-85871 |
| | ) | |
| SANITARY AND IMPROVEMENT DISTRICT # 425 OF DOUGLAS COUNTY, NEBRASKA, | ) ) ) | NOTICE OF JOINT APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES |
| | ) | |
| Debtor. | ) | |

COMES NOW, Sanitary and Improvement District #425 of Douglas County, Nebraska, by and through its attorney, and hereby notifies the parties and/or recipient below as follows:

1. That on July 17, 2007, Sanitary and Improvement District #425 of Douglas County, Nebraska, with the assent and approval of the Committee of Unsecured Creditors, through their counsel of record, filed a Joint Application for Payment of Administrative Expenses with the Bankruptcy Court.

2. Any parties in interest who object to the Court approving the Joint Application for Payment of Administrative Expenses must properly make their objection to the Court on or before August 6, 2007.

3. That if no objection is received, the Court may enter an Order approving the Joint Application for Payment of Administrative Expenses.

Dated this 17th day of July, 2007.

        **SANITARY AND IMPROVEMENT DISTRICT #425 OF DOUGLAS COUNTY, NEBRASKA**, Debtor

        By:  /s/ Mark J. LaPuzza
        Mark J. LaPuzza, #22677
        Pansing Hogan Ernst & Bachman, LLP
        10250 Regency Circle, Suite 300
        Omaha, Nebraska 68114
        (402) 397-5500
        Fax: (402) 397-4853
        Email: mjlbr@pheblaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded by United States Mail, postage paid, this 17th day of July, 2007 to all parties listed on the Label Matrix for local noticing provided on CM/ECF as of July 17, 2007 at 12:00 p.m. CDT.

The undersigned hereby certifies that a true and correct copy of the foregoing was e-mailed via the CM/ECF system this 17th day of July, 2007, to the following:

William L. Biggs

Patricia Fahey

Jerry L. Jensen

Richard P. Garden

/s/ Mark J. LaPuzza_____