UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. 05-85871 |
| | ) | |
| SANITARY AND IMPROVEMENT DISTRICT # 425 OF DOUGLAS COUNTY, NEBRASKA, | ) ) ) | **MOTION FOR ORDER APPROVING BOND ISSUANCE** |
| | ) | |
| Debtor. | ) | |

Come now Sanitary and Improvement District #425 of Douglas County, Nebraska (the "District") and the Official Committee of Unsecured Creditors, by and through their attorneys of record, to seek an Order approving the issuance of bonds by the District in conformance with the Chapter 9 Plan of Adjustment (Fil. #74) and Order Confirming Plan of Adjustment (Fil. #85) (collectively the "Plan"). In support of such Motion, the District states as follows:

1. The Board of Trustees of the District has approved the bond resolutions for the issuance of Class B Bonds and Series 2007 Corporate Purpose Bonds. The resolutions for issuance of the Class B Bonds and Series 2007 Corporate Purchase Bonds are attached hereto as Exhibits "A" and "B", respectively, and are incorporated herein by reference.

2. The terms of the resolution approving issuance of the Class B Bonds and the Series 2007 Corporate Purchase Bonds have been prepared to comply with the terms of the Plan in issuing bonds referred to therein as the "Class B Bonds" and the "General Fund Bonds."

WHEREFORE, the District and the Official Committee of Unsecured Creditors move this Court to enter an Order in the form of the proposed order attached hereto as Exhibit "C" approving the issuance of the Class B Bonds and the Series 2007 Corporate Purpose Bonds as compliant with the terms of the Plan.

Dated this 8th day of August, 2007.

**SANITARY AND IMPROVEMENT DISTRICT #425 OF DOUGLAS COUNTY, NEBRASKA**, Debtor

By: /s/ Mark J. LaPuzza
Mark J. LaPuzza, #22677
Pansing Hogan Ernst & Bachman, LLP
10250 Regency Circle, Suite 300
Omaha, Nebraska 68114
(402) 397-5500
Fax: (402) 397-4853
Email: mjlbr@pheblaw.com

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**

By: /s/ William L. Biggs
William L. Biggs, #10317
GROSS & WELCH, P.C., L.L.O.
2120 South 72nd Street, Suite 1500
Omaha, NE  68124
(402) 392-1500
Fax: (402) 392-1538
Email: bbiggs@grosswelch.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was e-mailed via the CM/ECF system this 8th day of August, 2007, to the following:

William L. Biggs

Patricia Fahey

Jerry L. Jensen

Richard P. Garden

/s/ Mark J. LaPuzza

2