UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. 05-85871 |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | |
| DISTRICT # 425 OF DOUGLAS | ) | **MOTION FOR SHORTENED AND** |
| COUNTY, NEBRASKA, | ) | **LIMITED NOTICE ON MOTION** |
| | ) | **FOR ORDER APPROVING BOND** |
| Debtor. | ) | **ISSUANCE** |

Come now Sanitary and Improvement District #425 of Douglas County, Nebraska (the "District") and the Official Committee of Unsecured Creditors (the "Committee"), and make this request for shortened and limited notice regarding Motion for Order Approving Bond Issuance. In support of such Motion, the District and the Committee state as follows:

1. The District and the Committee has filed a Motion for Order Approving Bond Issuance (Fil. #90) prior to filing this Motion.

2. The Motion for Order Approving Bond Issuance identifies the resolutions adopted by the Board of Trustees of the District, approving the issuance of bonds contemplated by the Chapter 9 Plan of Adjustment and the Order Confirming the Plan of Adjustment (collectively the "Plan").

3. On August 15, 2007, a hearing will be held in Douglas County District Court to approve issuance of the bonds contemplated in the bond resolutions.

4. Professional institutions not a party to this case and involved in the issuance of the bonds require that the Court issue an order confirming the compliance of the bonds to be issued with the Plan.

5. Each day of delay between approval of the Douglas County District Court and the issuance of the bonds creates additional interest expense of the District, to the detriment of both the District and its creditors. The District has, throughout the course of this case, been in direct communication and contact with the Committee and the Committee representing the unsecured creditors in this case, has been the only party, other than the District, routinely and actively involved in this bankruptcy proceeding.

WHEREFORE, the District and the Committee move this Court for an order: (a) setting a deadline of no later than August 16, 2007, for any objection to the Motion for Order Approving Bond Issuance; (b) limiting notice of the Motion for Order Approving Bond Issuance to the

Committee and any other parties having requested notice in this case via the United States Bankruptcy Court Electronic Document Filing System; and (c) scheduling a hearing, if necessary, on any objection which may be filed as soon as the Court's calendar allows.

Dated this 8th day of August, 2007.

**SANITARY AND IMPROVEMENT DISTRICT #425 OF DOUGLAS COUNTY, NEBRASKA**,
Debtor

By:  /s/ Mark J. LaPuzza_____
Mark J. LaPuzza, #22677
Pansing Hogan Ernst & Bachman, LLP
10250 Regency Circle, Suite 300
Omaha, Nebraska 68114
(402) 397-5500
Fax: (402) 397-4853
Email: mjlbr@pheblaw.com

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**

By:  /s/ William L. Biggs_____
William L. Biggs, #10317
GROSS & WELCH, P.C., L.L.O.
2120 South 72nd Street, Suite 1500
Omaha, NE  68124
(402) 392-1500
Fax: (402) 392-1538
Email: bbiggs@grosswelch.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was e-mailed via the CM/ECF system this 8th day of August, 2007, to the following:

William L. Biggs

Patricia Fahey

Jerry L. Jensen

Richard P. Garden

/s/ Mark J. LaPuzza_____